# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. Case No. 10CR2691 WQH |
| Plaintiff, | |
| v. | **ORDER** |
| EDUARDO CARBAJAL DE LOA, | |
| Defendant. | |

HAYES, Judge:

The matter before the Court is the motion for reduction of sentence by an inmate in federal custody (Doc. # 26) filed by the Defendant.

On January 3, 2011, this Court sentenced the Defendant to be imprisoned for a term of 57 months for importation of methamphetamine in violation of 21 U.S.C. § 952 and 960.

Defendant moves the Court under Title 18 U.S.C. § 3582 (c)(2) for a reduction of his sentence on the grounds that amendments to the sentencing guidelines which take effect "on November 1, 2010" apply with greater range of sentencing options to the court under Section 3553(a). Defendant requests that the Court consider "specific departure based on cultural assimilation (§2L1.2) and or any combination of departures and variances." (ECF No. 26).

18 U.S.C. § 3582(c)(2) provides in relevant part that:

> The court may not modify a term of imprisonment once it has been imposed except that -

. . .

> (2) in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

18 U.S.C. § 3582(c)(2). Defendant in this case was sentenced on January 3, 2011 under the guidelines in effect at the time of sentencing, which included the November 1, 2010 departure based upon cultural assimilation referenced at U.S.S.G. § 2L1.2, Application Note 8. This Court has no authority pursuant to 18 U.S.C. § 3582(c)(2) to order Defendant's sentence reduced at this stage in the proceedings.

IT IS HEREBY ORDERED that the motion for reduction of sentence (Doc. # 26) is DENIED.

DATED: May 29, 2012

_____
**WILLIAM Q. HAYES**
United States District Judge